RECEIVED
IN LAKE CHARLES, LA

JUL 28 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| JOHN D. WILLIAMS | : | DOCKET NO. 2:04-cv-612 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| CITY OF DEQUINCY, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the claims for punitive damages against the defendants in their official capacities be STRICKEN. Otherwise, the motion is DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 27 day of July, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE