# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JOHN D. WILLIAMS** | : | **DOCKET NO. 2:04-cv-0612** |
| **VS.** | : | **JUDGE MINALDI** |
| **CITY OF DEQUINCY, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

## O R D E R

Having considered the foregoing "Unopposed Motion to Stay all Proceedings and Deadlines" [doc. 81] filed on behalf of the defendant Michael Suchanek, it is

ORDERED that the motion be GRANTED and that all motions and deadlines be STAYED until further notice.

IT IS FURTHER ORDERED that a telephone status conference will be held on November 10, 2005, at 10:30 a.m. Counsel for mover shall initiate the conference call.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 20th day of September, 2005.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE