RECEIVED
IN LAKE CHARLES, LA
SEP 2 6 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JOHN D. WILLIAMS | * | CIVIL ACTION NO. 04-612-LC |
| VERSUS | * | SECTION: P |
| CITY OF DEQUINCY, ET AL. | * | JUDGE MINALDI |
| * * * * * * * * * * * * * * * * * * * | | MAGISTRATE JUDGE WILSON |

## ORDER

On Considering the foregoing Motion to Enroll;

IT IS ORDERED, that Christian W Helmke be and is hereby enrolled as co-counsel of record for JOHN D. WILLIAMS, along with plaintiff's current counsel, Lenoard L. Levenson and Franz L. Zibilich, and that the name of Christian W. Helmke be entered on the record and docket hereof.

LAKE CHARLES, Louisiana, this ___ day of _____, 2006.

_____
U.S. MAGISTRATE JUDGE

MOTION TO ENROLL AS CO-COUNSEL
Williams v. DeQuincy, et al.
WDLA No. 04-612-LC
Page 3