RECEIVED
IN LAKE CHARLES, LA

DEC 18 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JOHN D. WILLIAMS** | : | **DOCKET NO. 04-612** |
| **VS.** | : | **JUDGE MINALDI** |
| **CITY OF DEQUINCY, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

IT IS ORDERED that the Motion for Summary Judgment [doc. 95] filed on behalf of L.A. "Buddy" Henagan is hereby GRANTED and the claims against Henagan be DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Motion for Summary Judgment [doc. 97] filed on behalf of Police Chief Michael Suchanek is hereby GRANTED to the extent that plaintiff's Thirteenth Amendment claims are DISMISSED. Otherwise, the motion is DENIED and the Fair Labor Standards Act claim against Suchanek shall remain pending.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ____ day of _____, 2007

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE